**Opinion issued February 4, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00820-CV

———————————

**IN RE GALVESTON COUNTY JUDGE MARK HENRY, GALVESTON COUNTY COMMISSIONER RYAN DENNARD, GALVESTON COUNTY COMMISSIONER JOE GIUSTI, GALVESTON COUNTY COMMISSIONER STEPHEN HOLMES AND GALVESTON COUNTY COMMISSIONER KEN CLARK, IN THEIR OFFICIAL CAPACITIES AS THE GALVESTON COUNTY COMMISSIONERS COURT, Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relators have filed a petition for a writ of mandamus, challenging an order setting aside their action terminating the employment of the Galveston County

Justice Administrator and ordering relators "to cease and desist the process of attempting to hire a new justice administrator."[1]

We deny the petition. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.

---

[1] The underlying proceeding is *Ex parte Honorable Mark Henry and Galveston County Commissioners Court*, in the 56th District Court of Galveston County, Texas, the Honorable Lonnie Cox, Administrative District Judge, presiding.